UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-22210-CIV-ALTONAGA/Goodman

KATHLEEN SPANER,

    Plaintiff,
v.

THE COCA-COLA CO.,

    Defendant.
_____/

## ORDER REQUIRING SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **July 8, 2019**. In addition, by **July 8, 2019**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in Miami, Florida, this 18th day of June, 2019.

                                                        CECILIA M. ALTONAGA
                                                        UNITED STATES DISTRICT JUDGE

cc:    counsel of record

---

[1] The parties must not include Judge Altonaga and U.S. Magistrate Judge Goodman as interested parties unless they have an interest in the litigation.