UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

KATHLEEN SPANER, individually and on behalf of all others similarly situated,

                      Plaintiff,

v.

THE COCA-COLA CO.,

                      Defendant.

Case No.: 1:19-cv-22210-JEM

## JOINT STATUS UPDATE

Plaintiff Kathleen Spaner ("Plaintiff") and Defendant The Coca-Cola Co. ("Defendant") (collectively, "the Parties") hereby respectfully submit this joint status update pursuant to the Court's April 17, 2020 Administrative Order Closing Case For Statistical Purposes And Placing Matter In Civil Suspense File (ECF No. 34) ("Order"). Plaintiff and Defendant have conferred and were unable to agree on a joint submission, and therefore are respectfully submitting separate statements below.

**Plaintiff's Position**

For the reasons stated in the previous Joint Status Updates, Plaintiff respectfully requests this case be permitted to proceed. Given the limited discovery required, and the ability to conduct that discovery remotely, this case can move forward in a prompt and orderly manner.

The Parties are fully capable of proceeding with all aspects of this case. As of this filing, Plaintiff's Miami office is open and fully staffed. Plaintiff intends to take a single party deposition in this matter. Defendant will likely only depose Plaintiff. As we have done seamlessly in several other cases, these depositions can take place remotely via Zoom.

In light of the foregoing, Plaintiff respectfully requests that the Court restore this case to the active docket.

**Defendant's Position**

The Coca-Cola Company ("TCCC") respectfully requests that the Court's Order of April 17, 2020 marking this case closed and placing it in civil suspense remain undisturbed for another 30 days. TCCC takes no position at this time on whether a lift of the stay at the end of March would be appropriate given the uncertainties in potential additional business disruptions or a subsequent resurgence of COVID19 that interferes with the parties' ability to proceed with discovery. TCCC requests that the stay remain in place given the steady number of COVID 19 cases in both Florida and Georgia, where counsel for TCCC and its in-house counsel and witnesses are located. The short, additional continued stay will not cause any prejudice to Plaintiff. As set forth in the previous status reports submitted by TCCC, there have been no further material developments since the entry of the Court's Stay Order that would warrant re-opening the case nor would there be prejudice to Plaintiff in doing so, particularly where the parties previously jointly requested that this Court extend pre-trial deadlines for an additional three months.

Dated:  February 26, 2021

**BURSOR & FISHER, P.A.**

By:  ___/s/ Scott A. Bursor___
       Scott A. Bursor

Scott A. Bursor
2665 S. Bayshore Dr. Ste. 220
Miami, FL 33133-5402
Telephone: (305) 330-5512
Facsimile: (212) 989-9163
Email: scott@bursor.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn (admitted *pro hac vice*)

        888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: jarisohn@bursor.com

*Attorneys for Plaintiff*

Dated: February 26, 2021        **HOLLAND & KNIGHT LLP**

By:   */s/ Cory W. Eichhorn*
        Cory W. Eichhorn (SNB 576761)

Cory W. Eichhorn
Nipun J. Patel (*pro hac vice*)
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799
Email: cory.eichhorn@hklaw.com
Email: Nipun.Patel@hklaw.com

*Attorneys for Defendant*