UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 19-22210-CIV-MARTINEZ-OTAZO-REYES**

KATHLEEN SPANER, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

THE COCA-COLA CO.,

    Defendant.

_____/

**ORDER ON MOTION TO EXTEND CERTAIN PRE-TRIAL DEADLINES**

**THIS MATTER** is before the Court on Defendant Coca-Cola Co.'s Unopposed Motion for Extension ("Motion"). [ECF No. 58]. Defendant seeks a six-week extension of time to complete certain pre-trial deadlines. *Id.* at 2. Defendant states that it requires an extension because its "personnel remain in a work from home status due to the COVID-19 pandemic" and because "its lead trial counsel . . . is presently preparing for and scheduled for a two week long jury trial in California state court[.]" *Id.* Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1. The Motion, [ECF No. 58], is **GRANTED**.
2. The below pre-trial deadlines are modified as followed:

- **10/25/2021**: Motions to join additional parties, amend pleadings, and file motions for class certification.

- **11/12/2021**: Parties shall exchange expert witness summaries and reports.

- **11/12/2021**: Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify.

- **12/14/2021**: Parties exchange rebuttal expert witness summaries and reports.

    Note: These provisions pertaining to expert witnesses do not apply to treating physicians, psychologists, or other health providers.

3. All other deadlines shall remain in effect.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of August, 2021.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record