UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:19-cv-22210-JEM

KATHLEEN SPANER,

    Plaintiff,

v.

THE COCA-COLA CO.,

    Defendant.
_____/

## NOTICE OF SELECTION OF MEDIATOR AND NOTICE OF MEDIATION

Pursuant to the Court's Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge dated July 14, 2021 [ECF No. 55] and S.D. Fla. L.R. 16.2(d)(1)(B), Defendant The Coca-Cola Co. ("Defendant"), hereby gives notice that the parties have conferred and agreed upon the selection of Ret. United States District Court Judge Jose Linares to conduct mediation on November 15, 2021 at 10:00 a.m. in this action at the offices of Holland & Knight LLP, 701 Brickell Avenues, Suite 3300, Miami, FL 33131.

Dated: November 11, 2021

                                                          Respectfully submitted,

                                  By:  */s/ Cory W. Eichhorn*
                                          Cory W. Eichhorn
                                          Florida Bar No. 576761
                                          cory.eichhorn@hklaw.com
                                          HOLLAND & KNIGHT LLP
                                          701 Brickell Avenue, Suite 3300
                                          Miami, FL 33131
                                          Telephone: (305) 374-8500
                                          Facsimile: (305) 789-7799

                                          Nipun J. Patel (*pro hac vice*)
                                          nipun.patel@hklaw.com
                                          HOLLAND & KNIGHT LLP

Cira Centre
2929 Arch. St., Suite 800
Philadelphia, PA 19104
Telephone: 215-252-9600
Facsimile: 215-867-6070

Anthony J. Palermo
Florida Bar No. 98716
anthony.palermo@hklaw.com
HOLLAND & KNIGHT LLP
100 North Tampa Street, Suite 4100
Tampa, FL 33602
Telephone: (813) 227-8500
Facsimile: (813) 229-0134

*Attorneys for Defendant The Coca-Cola Company*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of November, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                       s/ *Cory W. Eichhorn*
                                                       Cory W. Eichhorn

## SERVICE LIST

Scott A. Bursor, Esq.
scott@bursor.com
Christopher Reid Reilly, Esq.
creilly@bursor.com
Bursor & Fisher, P.A.
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512

Joshua Arisohn, Esq.
jarisohn@bursor.com
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163

*Attorney for Plaintiff*