UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-22210-CIV-MARTINEZ-BECERRA

KATHLEEN SPANER,

    Plaintiff,

v.

THE COCA-COLA CO.,

    Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Zachary A. McEntyre of the law firm of King & Spalding LLP, 1180 Peachtree Street, NE, Suite 1600, Atlanta, GA 30309, Telephone: (404) 572-4636, for purposes of appearance as co-counsel on behalf of Defendant The Coca-Cola Co. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Zachary A. McEntyre to receive electronic filings in this case, and in support thereof states as follows:

    1.    Zachary A. McEntyre is not admitted to practice in the Southern District of Florida and is a member in good standing of the Georgia Bar, number 653571, Superior Courts of Georgia; the Supreme Court of Georgia, the Georgia Court of Appeals, the United States District Court for the Northern District of Georgia; the United States District Court for the Eastern and Western Districts of Michigan; the United States District Court for the Northern District of Florida; the United States District Court for the Eastern District of Wisconsin; the United States Court of Appeals for the Second Circuit, Fourth Circuit, Fifth Circuit, Seventh Circuit, Ninth Circuit, and Eleventh Circuit.

    2.    Movant, Cory W. Eichhorn, Esquire, of the law firm of Holland & Knight LLP, 701 Brickell Avenue, Suite 3300, Miami, FL 33131, Telephone: (305) 374-8500, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of

1

Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Zachary A. McEntyre has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Zachary A. McEntyre, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of ElectronicFilings to Zachary A. McEntyre at email address: zmcentyre@kslaw.com.

WHEREFORE, Cory W. Eichhorn, moves this Court to enter an Order Zachary A. McEntyre, to appear before this Court on behalf of Defendant The Coca-Cola Co., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Zachary A. McEntyre.

Dated: November 12, 2021

Respectfully submitted,

By: */s/ Cory W. Eichhorn*
Cory W. Eichhorn
Florida Bar No. 576761
cory.eichhorn@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

*Attorney for Defendant The Coca-Cola Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of November, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ *Cory W. Eichhorn*
Cory W. Eichhorn

## SERVICE LIST

Scott A. Bursor, Esq.
scott@bursor.com
Christopher Reid Reilly, Esq.
creilly@bursor.com
Bursor & Fisher, P.A.
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512

Joshua Arisohn, Esq.
jarisohn@bursor.com
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
*Attorney for Plaintiff*