UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 19-22210-CIV-MARTINEZ-BECERRA**

KATHLEEN SPANER,

     Plaintiff,

v.

THE COCA-COLA CO.,

     Defendant.

_____/

<u>**ORDER ON JOINT MOTION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES**</u>

     **THIS MATTER** is before the Court on the Defendant's Unopposed Motion for Extension of Time of Upcoming Pre-Trial Deadlines and to Continue Trial Date ("Motion").  (ECF No. 147).  After careful consideration, it is hereby

     **ORDERED AND ADJUDGED** that:

1.     The Motion, (ECF No. 147), is **GRANTED as stated herein**.

2.     The previous calendar call and trial dates are hereby **CANCELLED**.  Trial is re-scheduled to commence during the two-week period beginning **Tuesday, October 11, 2022, at 9:30 a.m.**, before the Honorable Jose E. Martinez, at 400 North Miami Ave., Courtroom 10-1, Miami, Florida 33128.  Calendar Call will be held on **Thursday, October 6, 2022, at 1:30 p.m.** at the same location.

3.     The following pre-trial deadlines are modified as follows:

- **8/26/22:** All pretrial motions and memoranda of law must be filed. Each party is limited to filing a single motion *in limine*, which may not, without leave of Court, exceed the 20-page limit allowed by the Rules.

- **9/9/22:** Joint Pretrial Stipulation must be filed.

**10/2/22:** Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed.

- **10/10/22:** Proposed voir dire questions must be filed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of March, 2022

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge Becerra
All counsel of record