UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 19-22210-CIV-MARTINEZ-BECERRA

KATHLEEN SPANER,

    Plaintiff,

vs.

THE COCA-COLA CO.,

    Defendant.
_____/

### ORDER ON MOTIONS TO FILE UNDER SEAL

**THIS CAUSE** came before the Court on three motions to seal: Plaintiff's Administrative Motions to File Documents Under Seal, (ECF No. 161 & 165), and Defendant's Unopposed Motion to File Documents Under Seal, (ECF No. 167), (together, the "Motions to Seal").

Plaintiff moves to file under seal her Objection ("Objection") to Magistrate Judge Becerra's Report and Recommendation on Plaintiff's Motion for Class Certification ("R&R on Class Cert."), as well as her Response to Defendant's Objection to Judge Becerra's Report and Recommendation on Defendant's Motion to Strike Anya Verkhovskaya's Testimony ("R&R on Strike"). (ECF No. 161 at 2; ECF No. 165 at 2). Similarly, Defendant moves to file under seal its Response in Opposition to Plaintiff's Objections to Judge Becerra's R&R on Class Cert. (ECF No. 167 at 1–2). The parties contend that the documents they rely on in their Objection and Responses ("Sealed Documents") contain proprietary information concerning calls made by or on behalf of Defendant, The Coca-Cola Co. (*Id.*). After careful consideration, it is hereby

    **ORDERED AND ADJUDGED** that:

    1.    The Motions to Seal, (ECF Nos. 161, 165, 167), are **GRANTED**. Plaintiff shall

1

file the unredacted Sealed Documents on the record, under seal, on or before **August 26, 2022**.

2. **Within 14 days** of the resolution of this case, the parties shall file a motion regarding how the sealed documents should be handled (e.g., unsealed or returned).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of August, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record