UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: **19-22210-CIV-MARTINEZ-BECERRA**

KATHLEEN SPANER,

    Plaintiff,

vs.

THE COCA-COLA CO.,

    Defendant.
_____/

## ORDER ON MOTION FOR EXTENSION

**THIS MATTER** is before the Court on the parties' Joint Motion for Continuance of Trial Date and Extension of Pre-Trial Deadlines ("Motion for Extension"). (ECF No. 163).

After careful consideration, it is **ORDERED AND ADJUDGED** that:

1. The Motion for Extension, (ECF No. 163), is **GRANTED**.

2. The previous calendar call and trial dates are hereby **CANCELLED**. Trial is re-scheduled to commence during the two-week period beginning **Monday, February 13, 2023, at 9:30 a.m.**, before the Honorable Jose E. Martinez, at 400 North Miami Ave., Courtroom 10-1, Miami, Florida 33128. Calendar Call will be held on **Thursday, February 9, 2023, at 1:30 p.m.** at the same location.

3. The following pre-trial deadlines are modified as follows:

    - **12/23/22:** All pretrial motions and memoranda of law must be filed. Each party is limited to filing a single motion *in limine*, which may not, without leave of Court, exceed the 20-page limit allowed by the Rules.

    - **1/9/23:** Joint Pretrial Stipulation must be filed.

    - **2/3/23:** Proposed jury instructions and/or proposed findings of fact and

1

conclusions of law must be filed.

- **2/10/23:** Proposed voir dire questions must be filed.

4. Absent exigent circumstances, no further extensions of pretrial deadlines will be permitted.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25 day of August, 2022

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge Becerra
All counsel of record