UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 19-22210-CIV-MARTINEZ-BECERRA**

KATHLEEN SPANER, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.

THE COCA-COLA CO.,

    Defendant.
_____/

## **ORDER ON PENDING MOTIONS**

**THIS CAUSE** came before the Court on Defendant's Renewed and Amended Rule 12(c) Motion for Judgment on the Pleadings or, in the Alternative, Rule 12(f) Motion to Strike, (ECF No. 61); Plaintiff's Motion for Summary Judgment as to her Individual Claim, (ECF No. 114); and Defendant's Motion for Partial Summary Judgment, (ECF No. 118), (together, "Pending Motions").

The Court recently denied Plaintiff's Motion for Class Certification. (ECF No. 172). The Pending Motions were filed before the Court denied class certification. The Pending Motions are dispositive on the merits of Plaintiff's claims. "[T]here exists virtues of addressing class certification before there is an adjudication on the merits" because "[i]t promotes judicial efficiency by postponing merits rulings until such time as all potential parties may be bound by the court's rulings." *Alhassid v. Bank of Am., N.A.*, No. 14-cv-20484, 2015 U.S. Dist. LEXIS 185092, at *4 (S.D. Fla. May 29, 2015). Furthermore, "it promotes fairness by ensuring that parties bear equally the benefits and burdens of favorable and unfavorable merits rulings." *Id.*

1

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** that

1. The Pending Motions, (ECF Nos. 61, 114, and 118), are **DENIED WITHOUT PREJUDICE** with leave to re-file in light of the Court's ruling on class certification.

2. In consideration of the parties' prior motions to seal, the Court permits the parties to re-file under seal their motions for summary judgment, their statements of material facts, and their responses and replies to such motions and statements.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29 day of August, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record