UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 19-22210-CIV-MARTINEZ-BECERRA

KATHLEEN SPANER, individually and on
behalf of all others similarly situated,

       Plaintiff,

vs.

THE COCA-COLA CO.,

       Defendant.
_____/

## ORDER ON REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion for Class Certification, (ECF No. 78). After conducting a hearing, Judge Becerra filed a Report and Recommendation ("R&R"), recommending that the Motion for Class Certification be denied. (ECF No. 156 (sealed)). Plaintiff filed objections to the R&R, (ECF No. 162), to which Defendant responded, (ECF No. 168)). Plaintiff also filed a Notice of Supplemental Authority, (ECF No. 164). The Court, having conducted a *de novo* review of the record and the issues presented in Plaintiff's Objections, as well as the Notice of Supplemental Authority, agrees with Magistrate Judge Becerra that class certification must be denied. The Court overrules Plaintiff's Objections, (ECF No. 162).

    Accordingly, after careful consideration, it is hereby **ADJUDGED** that

    1.    United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 156), is **AFFIRMED AND ADOPTED**.

    2.    Plaintiff's Motion for Class Certification, (ECF No. 78), is **DENIED**.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 29 day of August, 2022.

                                                               _____
                                                                JOSE E. MARTINEZ
                                                                 UNITED STATES DISTRICT JUDGE

Copies provided to: Magistrate Judge Becerra & All Counsel of Record