UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number:  19-22210-CIV-MARTINEZ-BECERRA

KATHLEEN SPANER,

    Plaintiff,

v.

THE COCA-COLA CO.,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** is before the Court on the parties' Stipulated Notice of Voluntary Dismissal, which states that the parties stipulate to dismiss this action with prejudice. (ECF No. 178).  Accordingly, it is hereby

**ADJUDGED** that this action is **DISMISSED with prejudice**, and this case is **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, this 16th day of November, 2022.

                                                  _____
                                                  JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record